## CHICAGO & ALTON RAILROAD *v.* WIGGINS FERRY CO.

**ERROR TO THE CIRCUIT COURT OF THE UNITED STATES FOR THE EASTERN DISTRICT OF MISSOURI.**

No. 839. Submitted January 8, 1883. — Decided January 29, 1883.

*Chicago & Alton Railroad* v. *Wiggins Ferry Co.*, 108 U. S. 18, followed.

MR. CHIEF JUSTICE WAITE delivered the opinion of the court.
This case is in all material respects like that between the same parties just decided, and the order of the Circuit Court remanding the case is affirmed for the reasons there given.        *Affirmed.*

*Mr. C. H. Krum* and *Mr. C. Beckwith* for plaintiff in error.

*Mr. S. T. Glover* and *Mr. J. R. Shepley* for defendant in error.

---

## STEEVER *v.* RICKMAN.

**APPEAL FROM THE CIRCUIT COURT OF THE UNITED STATES FOR THE DISTRICT OF KENTUCKY.**

No. 67. Argued December 4 and 5, 1883. — Decided December 17, 1883.

Affirmed on the facts.

MR. CHIEF JUSTICE WAITE delivered the opinion of the court.
If all that is charged in this bill were true, there could be no doubt of the right of the appellant to the relief she asks, as well on account of the actual as constructive fraud of the appellee. But the answer, which is under oath, is as emphatic and direct in its denials as the bill is in its charges. There is no disputed question of law. The only controversy is as to the facts. The testimony is voluminous and it would serve no useful purpose to discuss it in an opinion. It is sufficient so say that we are entirely satisfied with the conclusion reached by the Circuit Court.

*Decree affirmed.*

*Mr. William Stone Abert, Mr. West Steever* and *Mr. Sterling B. Toney* for appellant.

*Mr. W. O. Dodd* for appellee.